UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETH ANN BUTLER,

    Plaintiff,

v.

BOARD OF EDUCATION of Community
School District No. 2 and WADE
HUDGINS, Ph.D., individually,

    Defendants.

Case No. 08-cv-497-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 11, 2009**       s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**